USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | **ORDER APPROVING SETTLEMENTS IN 67 CASES**<br><br>21 MC 102 (AKH) |

ALVIN K. HELLERSTEIN, U.S.D.J.:

By Order and Opinion dated March 18, 2015, I approved settlements in cases brought by 78 plaintiffs represented by the law firm Worby Groner Edelman & Napoli Bern LLP ("WGENB"). After outlining the extensive procedural history of the September 11th litigation, I held that the procedure used to reach the settlements and the substantive terms of the settlements were fair and reasonable. *See In re World Trade Ctr. Lower Manhattan Disaster Site Litig.*, 21 MC 102, 2015 WL 1262283, at *4-5 (S.D.N.Y. Mar. 18, 2015). On June 16, 2015, I subsequently approved settlements in 75 cases, which were reached using the previously approved methodology. *See* Order Approving Settlements in 75 Cases, No. 21 MC 102, ECF No. 5890 (S.D.N.Y. June 16, 2015). And on June 24, 2015, I approved a third motion seeking approval of settlements on behalf of 122 plaintiffs. *See* Order Approving Settlements in 122 Cases, No. 21 MC 102, ECF No. 5900 (S.D.N.Y. June 24, 2015).

WGENB has now filed a fourth motion seeking the approval of settlements on behalf of 67 additional plaintiffs. The settlements were reached with the same procedures used to reach the settlements previously approved by this Court, and I again find them fair and reasonable. *See* LoPalo Decl. ¶ 7. I have reviewed the settlement amounts, and the criteria on which they were based, and I find them also to be fair and reasonable. *See McReynolds v. Richards-Cantave*, 588 F.3d 790 (2d Cir. 2009). Accordingly, WGENB's motion to approve the settlements is GRANTED. The Clerk shall mark the motion (Doc. No. 5903) terminated.

This fourth set of approved settlements results in the resolution of all claims for all 67 settling plaintiffs. Accordingly, the Clerk shall dismiss with prejudice the Complaints of the all 67 plaintiffs listed in Exhibit A, attached hereto, and close their cases, subject to restoration by any party if settlements are not finalized.

SO ORDERED.

Dated: New York, New York
July 8, 2015

ALVIN K. HELLERSTEIN
United States District Judge

**EXHIBIT A**

| Name | Status |
|---|---|
| Agostini, Emmanual - 05cv10391 | Terminate |
| Austin, Daniel - 06cv10542 | Terminate |
| Ballerini, Richard - 05cv06460 | Terminate |
| Benitez, Luis - 06cv13799 | Terminate |
| Blandino, Charles - 06cv08980 | Terminate |
| Bocchichio, Frank - 06cv09270 | Terminate |
| Campoverde, Angel - 07cv01477 | Terminate |
| Carlin, Denis - 07CV09957 | Terminate |
| Carlisi, Michael - 06cv02819 | Terminate |
| Carroll, Neil - 08CV00635 | Terminate |
| Carson, Ronald - 06cv07366 | Terminate |
| Cesta, Monte - 08CV02597 | Terminate |
| Chiarantano, Joseph - 07CV05403 | Terminate |
| Chiarello, Nick - 06cv12720 | Terminate |
| Cokley, Anthony - 08CV11453 | Terminate |
| Colella, Felice - 06CV12000 | Terminate |
| Colucci, Christopher - 06cv14564 | Terminate |
| Comerford, John - 07CV04351 | Terminate |
| Contessa, David - 06cv08751 | Terminate |
| Conway, Thomas - 09CV02808 | Terminate |
| Culcay, Rosa - 07CV05346 | Terminate |
| Cullimore, Andrew - 06CV11651 | Terminate |
| Curley, Peter - 06CV07384 | Terminate |
| Dallas, Kevin - 07CV04354 | Terminate |
| Daly, John - 07CV09970 | Terminate |
| Danetra, Frank - 05cv01495 | Terminate |
| Davila, Wilmar - 08CV02604 | Terminate |
| Davis, Pyron - 07CV05270 | Terminate |
| DeLaCruz, Elsa - 07cv01490 | Terminate |
| Devito, Michael - 05CV01517 | Terminate |
| Diaz, Alba - 07CV00065 | Terminate |
| Dominguez, Gina - 08CV02608 | Terminate |
| Fallon, William - 06cv14636 | Terminate |
| Feliu, Marcial - 06CV11784 | Terminate |
| Fiumano, Joseph - 06CV12065 | Terminate |
| Gallego, Isma - 07cv01497 | Terminate |
| Gonzalez, John - 08CV02630 | Terminate |
| Greco, Chris - 06cv12752 | Terminate |
| Haughton, Roger - 05cv10390 | Terminate |
| Hernandez, Robert - 06cv14719 | Terminate |
| Hogan, Thomas - 07CV05361 | Terminate |
| Hunce, Peter - 08CV02325 | Terminate |
| Irwin, Thomas - 08CV02637 | Terminate |
| Jimenez, Jose - 07CV00064 | Terminate |

| | |
|---|---|
| Jones, James - 06CV11700 | Terminate |
| Khaimov, Yasha - 06cv14771 | Terminate |
| Kosowski, Edward - 07CV05299 | Terminate |
| Landau, Keith - 08CV02645 | Terminate |
| LaSala, Nick - 06cv08797 | Terminate |
| Leary, Annette - 05cv01118 | Terminate |
| Lewis, Sr., Leonard - 06cv13990 | Terminate |
| Lopez, Milton - 06cv14805 | Terminate |
| Mollahan, Robert - 07CV05018 | Terminate |
| Padilla, Carmen - 05cv09822 | Terminate |
| Riera, Carlos - 07cv01518 | Terminate |
| Rupnarain, Tejperpab - 06cv12475 | Terminate |
| Salgado, Lorraine - 09cv01544 | Terminate |
| Schoffel, Matthew - 06cv14119 | Terminate |
| Serrano, Theresa - 05cv08937 | Terminate |
| Shanahan, Ken - 06CV10636 | Terminate |
| Shubert, Anthony - 07cv01532 | Terminate |
| Teran, Cesareo - 07CV05389 | Terminate |
| Tighe, Stephen - 06cv15091 | Terminate |
| Uzhca, Miguel - 08CV02333 | Terminate |
| Viera, Martin - 08CV02314 | Terminate |
| Zugaj, Franciszek - 06cv01653 | Terminate |
| Zurita, Juan - 08CV02744 | Terminate |