UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
IN RE: COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION
---------------------------------------------------------------------------X
*This document relates to*: 21 MC 102 (AKH)

THOMAS MOLLAHAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT MOLLAHAN 07CV05018 (AKH)

*Plaintiff,*

-against-

90 CHURCH STREET LIMITED PARTNERSHIP, ET AL.

*Defendants.*
---------------------------------------------------------------------------X

**NOTICE OF MOTION TO ADD PARTY REPRESENTATIVE FOR DECEASED PLAINTIFF**

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Worby Groner Edelman & Napoli Bern, LLP, counsel for Plaintiff Thomas Mollahan, Personal Representative of the Estate of Robert Mollahan, shall apply to the Honorable Alvin K. Hellerstein, U.S.D.J., at the courthouse of the Southern District of New York located at 500 Pearl Street, New York, New York, Courtroom 14-D for an Order adding Edward S. Mollahan, Co-Executor of the Estate of Robert Mollahan, as the Primary Plaintiff in this case and for any and other appropriate relief which this Court deems just and proper.

Dated: September 23, 2015

/s/ Christopher R. LoPalo_______
Christopher R. LoPalo (CL-6466)
Worby Groner Edelman & Napoli Bern, LLP
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700