UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
IN RE: COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION
--------------------------------------------------------------------------X
*This document relates to*: 21 MC 102 (AKH)

THOMAS MOLLAHAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT MOLLAHAN 07CV05018 (AKH)

*Plaintiff,*

-against-

90 CHURCH STREET LIMITED PARTNERSHIP, ET AL

*Defendants.*
--------------------------------------------------------------------------X

## MEMORANDUM OF LAW AND FACTS IN SUPPORT

On or about May 15, 2007, Plaintiff Thomas Mollahan, Co-Executor of the Estate of his deceased brother Robert Mollahan, initiated this lawsuit by filing a Complaint in this Court. Thomas Mollahan was appointed as the Co-Executor of the Estate of his brother Robert Mollahan along with his other brother Edward S. Mollahan by the Surrogate's Court of the State of New Jersey, Morris County. Attached to these papers as Exhibit "1" are true copies of the Letters Testamentary issued by the Surrogate's Court. Edward S. Mollhan has expressed his intent to be added as a Plaintiff in this matter as a personal representative of the Estate of Robert Mollahan in addition to his brother Thomas Mollahan in this matter pursuant to Federal Rule of Civil Procedure 25(a)(1) in order to continue with the litigation of the Estate's claims. Accordingly, we ask this Court to issue the appropriate Order (a proposed Order is filed herewith) Amending the Caption.

WHEREFORE, Worby Groner Edelman & Napoli Bern, LLP respectfully requests that this Court allow Edward S. Mollahan as the Co-Executor of the Estate of Robert Mollahan to be added in as the Primary Plaintiff along with this brother Thomas Mollahan in this matter with such other and additional relief as this Court deems just and proper.

Dated: September 23, 2015

/s/ Christopher R. LoPalo_______
Christopher R. LoPalo (CL-6466)
Worby Groner Edelman & Napoli Bern, LLP
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700