UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
IN RE: COMBINED WORLD TRADE CENTER AND LOWER
MANHATTAN DISASTER SITE LITIGATION
---------------------------------------------------------------------------X
*This document relates to*: 21 MC 102 (AKH)

THOMAS MOLLAHAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT MOLLAHAN 07CV05018 (AKH)

*Plaintiff,*

-against-

90 CHURCH STREET LIMITED PARTNERSHIP, ET AL.

*Defendants.*
---------------------------------------------------------------------------X

**DECLARTION OF CHRISTOPHER R. LOPALO**

Christopher R. LoPalo, an attorney duly admitted to practice law in the State of New York, and a Member of the Bar of this Honorable Court, hereby Declares under penalty of perjury:

1. I am associated with the law firm of Worby Groner Edelman & Napoli Bern, LLP, ("WGENB"), counsel for the Plaintiff Thomas Mollahan, as Personal Representative of the Estate of Robert Mollahan and as such am fully familiar with the facts and circumstances of the within action.

2. Annexed to this Declaration as Exhibit "1" is a true and complete copy of the Letters Testamentary for the Estate of Robert Mollahan.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 23, 2015

Respectfully submitted,

/s/ Christopher R. LoPalo

Christopher R. LoPalo
Worby Groner Edelman & Napoli Bern, LLP
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700
*Attorneys for Plaintiff*