# Morris County Surrogate's Court

Administration & Records Bldg.
Morristown, New Jersey 07963-0900
Tel # (973) 285-6500
Fax # (973) 829-8599

John Pecoraro
*Surrogate*

Christopher Luongo, Esq.
***Deputy Surrogate***

---------------------------------------------------------X
In the Matter of the Estate of
**ROBERT MOLLAHAN**, Deceased
(aka: )
SSN:
---------------------------------------------------------X

LETTERS TESTAMENTARY
Docket No.: **MRS-P-0834-2007**
Date of Death: **May 19th, 2006**

I, **Hon. John Pecoraro**, Surrogate, of the County of **MORRIS**, State of **New Jersey**, do hereby certify the annexed to be a true copy of the Last Will and Testament (and Codicils if any) of **ROBERT MOLLAHAN** decedent, late of the County of **MORRIS**, State of **New Jersey**, admitted to probate by me, and that **THOMAS MOLLAHAN and EDWARD S MOLLAHAN** therein named, is (are) duly authorized to administer the estate of the decedent agreeably to said Will.

WITNESS my hand and seal of office, on
**April 5th, 2007.**

For Anju Thakur
Anju Thakur
**Hon. John Pecoraro, Surrogate** Special Deputy Surrogate