USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

IN RE: COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION

--------------------------------------------------------------------X

*This document relates to*: 21 MC 102 (AKH)

THOMAS MOLLAHAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT MOLLAHAN 07CV05018 (AKH)

*Plaintiff,*

-against-

90 CHURCH STREET LIMITED PARTNERSHIP, ET

*Defendants.*

--------------------------------------------------------------------X

RECEIVED
SEP 29 2015
CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

~~(PROPOSED)~~ **ORDER**

Upon reading Plaintiff's Motion to add a party representative for Deceased Plaintiff, it is hereby

ORDERED that Edward S. Mollahan, in his capacity as the Co-Executor of the Estate of Robert Mollahan, Deceased, is hereby added in as the Primary Plaintiff in this matter along with this brother Thomas Mollahan as Co-Executors of the Estate of Robert Mollahan pursuant to Federal Rule of Civil Procedure 25(a)(1). The clerk is directed to Amend the Caption of the Complaint in this matter to reflect the same.

SO ORDERED

Dated: Sep / 30 2015

ALVIN K. HELLERSTEIN
United States District Judge